**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ELHADJI RAWANE SECK,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 09-00099-KD-B |
| **TOMMY BUFORD,** *et al.*, | : |
| Respondents. | : |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as **MOOT.**

**DONE** and **ORDERED** this the **9th** day of **June 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**